UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAREN DRAGON,<br>    Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT JUDICIAL BRANCH,<br>    Defendant. | No. 3:14-cv-749 (MPS) |

## VERDICT FORM

### PART A: Title VII of the Civil Rights Act of 1974

1. Do you find that the plaintiff has proven that she was subjected to a hostile work environment based on her race and/or gender?

    Yes: ✓       No: ___

*If you answered "Yes" to Question 1, continue to Question 2. If you answered "No" to Question 1, skip the remaining questions and continue to Part C.*

2. Do you find that the plaintiff has proven that the defendant knew, or in the exercise of reasonable care should have known, about the harassment but failed to take appropriate remedial action?

    Yes: ✓       No: ___

*If you have answered "Yes" to Question 2, continue to Part B. If you answered "No" to Question 2, skip the remaining questions and continue to Part C.*

-1-

**PART B: Damages**

1. If you found the defendant liable in Part A, what amount of compensatory damages do you find will reasonably compensate the plaintiff for the injuries caused by the defendant's conduct?

   Total Compensatory Damages:   $ 550,000.00

*If you entered an amount in Question 1, skip the remaining question and continue to Part C. If you left Question 1 blank, continue to Question 2.*

2. If you found the defendant liable in Part A but found that the plaintiff is not entitled to any compensatory damages, indicate below that the plaintiff is entitled to $10.00 in nominal damages:

   Total Nominal Damages:   $ _____

**PART C: Signature**

The foreperson should sign and date this form and notify the marshal that you have reached a verdict. Your verdict will then be returned to the Court.

_____    Dated 1/17
Foreperson