# LAW OFFICES of
## WILLIAM S. PALMIERI, L.L.C.

**129 CHURCH STREET  SUITE 405**
**NEW HAVEN, CONNECTICUT 06510**
**Website: wpalmierilaw.com**

**TELEPHONE:  (203) 562-3100**
**FACSIMILE:  (203) 909-6006**
**Email:  wpalmieri@hotmail.com**

## FEES INVOICE – DRAGON V. JUDICIAL BRANCH

### PRIVILEGED AND CONFIDENTIAL

| DATE | PROFESSIONAL SERVICES | HOURS |
|------|----------------------|-------|
| 7/18/12 | PC from KED, inq. re: rep.; thumbnail of issues; sched appt. | .3 |
| 7/19/12 | Initial consultation w/ client; open file prepare retainer and review client documents | 3.25 |
| 7/20/12 | Legal research on discrimination claims; review client documents | 2.10 |
| 7/20/12 | Receive and review email, Dragon to WSP, forwarding Mark Ciarciello email | .2 |
| 7/20/12 | Draft and send reply email, WSP to Dragon | .1 |
| 7/25/12 | R+R email with requested client chronology of events | .5 |
| 7/26/12 | D+S reply email WSP to Dragon | .1 |
| 7/2712 | Client meeting; discuss Aff. Chronology, ongoing wk issues | 2.0 |
| 7/30/12 | Outline draft CHRO Affidavit; research claims | 2.75 |
| 8/11/12 | Research ongoing investigation issues | 1.55 |
| 8/16/12 | R+R email fr. KED with redacted investigation report of KED research issues re: impact on case | 2.10 |
| 9/15/12 | PC client; update ongoing wkplace issues; discuss CHRO | .3 |
| 10/3/12 | PC from KED; Facebook postings, harass x Super. B. Lincoln | .6 |
| 10/20/12 | PC client; update work issues; discuss CHRO | .2 |

1

| | | |
|---|---|---|
| 11/7/12 | D+S EM WSP to KED re: CHRO Affidavit | .1 |
| 11/7/12 | R+R EM KED to WSP w/ revised draft client chrono | .5 |
| 11/7-8/12 | D+S/R+R several emails re: CHRO chrono draft and revision | .7 |
| 11/8/12 | R+R client chronology of Lincoln events and complaint | .5 |
| 11/16/12 | Research CHRO/EEOC issues, discrim. re language | 1.2 |
| 11/18/12 | Review client docs; draft outline CHRO Aff. | 2.5 |
| 11/19/12 | Draft outline CHRO aff.; research | 3.1 |
| 11/21/12 | Draft CHRO aff | 1.5 |
| 12/12/12 | Draft CHRO aff | 2.2 |
| 12/15/12 | Research discipline issues; promotion issues | 1.7 |
| 1/3/13 | Prepare client draft CHRO Aff | 1.0 |
| 1/11/13 | D+S EM WSP to KED re: Mark C. investigation, disc., complaints | .2 |
| 1/11/13 | Incorporate client info CHRO aff. | 1.45 |
| 1/11/13 | D+S EM WSP to KED re: CHRO Affidavit w/attachment | .1 |
| 1/13/13 | R+R EM KED to WSP w/ discipline letter | .3 |
| 1/13/13 | R+R EM KED to WSP re: CHRO aff review | .1 |
| 1/14/13 | Review/correct(typos) CHRO aff; D+S EM WSP to KED | .3 |
| 1/16/13 | R+R EM KED to WSP (8 emails), with photo Facebook attach. | 1.0 |
| 1/16/13 | Rec. EM KED to WSP w/ CHRO aff comments/corrections | .2 |
| 1/17/13 | Review/store/print FB photos | .5 |
| 1/17/13 | Research Lincoln issues/supervisor; Facebook | 1.4 |
| 1/17/13 | Review EM/revise CHRO aff per client comments/revise chrono. | 3.3 |
| 1/17/13 | D+S EM WSP to KED re: final revised CHRO Aff w/attachment | .2 |

| 1/18/13 | R+R EM KED to WSP re: final CHRO aff; re: invest. re: marshals | .3 |
|---------|---------------------------------------------------------------|-----|
| 1/18/13 | Research negligent investigation | 1.7 |
| 1/18/13 | R+R EM KED to WSP | .1 |
| 1/18/13 | Revise CHRO Aff re: Lincoln issue | 1.0 |
| 1/18/13 | D+S EM WSP to KED re: revised CHRO Aff w/attachment | .1 |
| 1/23/13 | R+R EM KED to WSP re: meeting | .1 |
| 1/2413 | Prep CHRO docs for client mtg | 1.5 |
| 1/25/13 | Client meeting; review/sign CHRO aff and other CHRO docs | 2.4 |
| 1/25/13 | Prep copies for filing, client, file | .5 |
| 1/25/13 | prepare CHRO appearance letter | .2 |
| 1/25/13 | Complete documents and filing, CHRO | .2 |
| 2/25/13 | R+R EM, CHRO to WSP, transfer | .1 |
| 3/14/13 | R+R letter/notice of filing, CHRO, with requests | 1.0 |
| 4/6/13 | R+R EEOC Notice of Charge of Discrim | .1 |
| 4/15/13 | R+R Respondent's letter to CHRO | .1 |
| 5/4/13 | R+R Respondent's Response and Exhibits, CHRO | 2.1 |
| 5/4/13 | Research, issues in response | 1.3 |
| 5/4/13 | Notice to KED, discussion re: Response | .4 |
| 8/5/13 | R+R Email, CHRO, MAR, merit found | .2 |
| 8/7/13 | D+S EM WSP to KED re MAR | .2 |
| 8/7/13 | P/C to KED, re MAR, update, next steps | .6 |
| 8/14/13 | P/C CHRO to WSP re: mediation | .3 |
| 9/24/13 | P/C CHRO to WSP re: mediation | .2 |

| | | |
|---|---|---|
| 10/3/13 | P/C KED to WSP update | .3 |
| 11/4/13 | P/C to KED update | .3 |
| 11/7/13 | EM, CHRO to WSP re: Investigator assignment | .1 |
| 11/8/13 | P/C to CHRO re: assign to invest., status | .2 |
| 11/8/13 | P/C to KED re: assign to invest., status | .4 |
| 11/12/13 | R+R letter CHRO re: investigator assignment | .1 |
| 11/13/13 | P/C to KED re: mediation, demand, issues | .75 |
| 11/20/13 | Mediation prep; file review, response review | 2.3 |
| 11/21/13 | Mediation prep w/ KED | 1.1 |
| 11/21/13 | Mediation, CHRO, inc. travel | 4.0 |
| 1/15/14 | R+R letter, CHRO, re: failed mediation; Early Legal Int. | .2 |
| 1/17/14 | PC KED to WSP re: next steps | .6 |
| 1/27/14 | R+R EM from Esq. re: CHRO appearance, attached | .2 |
| 2/25/14 | EM from Krisch, re: ELI referral; ROJ | .1 |
| 2/26/14 | EM, WSP to Krisch, req. ROJ | .2 |
| 2/27/14 | EM, CHRO to WSP, ELI decis. and ROJ attached; printed/calend. | .3 |
| 2/27/14 | D+S letter to EEOC re RTS | .2 |
| 3/3/14 | Begin outline fed. Complaint filing docs | 1.0 |
| 3/4/14 | Review client documents and correspondence | 1.2 |
| 3/5/14 | Review CHRO filings and research | 1.1 |
| 3/6/14 | Client correspondence re: Complaint | .5 |
| 3/9/14 | Research state law claims | 1.3 |
| 3/15/14 | Research fed. claims | 1.0 |

| | | |
|---|---|---|
| 4/3/14 | Draft Complaint (con't.) | 2.3 |
| 4/14/14 | Redate and resend letter to EEOC re: RTS | .1 |
| 4/16/14 | Correspondence w/ KED re complaint | .6 |
| 4/19/14 | Complete draft of Complaint | 1.3 |
| 4/19/14 | Correspond w/ KED re: draft Complaint | .4 |
| 4/20/14 | Research damages issues | 1.4 |
| 4/21/14 | Revise draft Complaint | 1.1 |
| 5/15/14 | Correspondence with KED re: final draft Complaint | .5 |
| 5/22/14 | Final changes and corrections, Complaint | 1.0 |
| 5/23/14 | File Complaint USDC | .5 |
| 5/27/14 | R+R CMECF Notice re Judge assignment; notate file | .1 |
| 5/28/14 | R+R CMECF (5x) re: Service docs; print and review | 1.0 |
| 5/29/14 | Review Chambers practices and Orders | 1.1 |
| 5/29/14 | Research service issues | .6 |
| 5/29/14 | Draft Service cover letter | .3 |
| 5/30/14 | Prepare/send Service documents | 1.5 |
| 6/12/14 | R+R RTS fr. EEOC | .1 |
| 6/12/14 | Corr. to KED w/ Complaint | .3 |
| 6/16/14 | EM AG to WSP re: 60 day ext of time | .1 |
| 6/16/14 | EM WSP to AG ok to ext time | .1 |
| 6/23/14 | R+R CMECF Notice of Appearance Ennis; print/file | .1 |
| 6/23/14 | R+R CMECF Mot. For Bond; print/file | .3 |
| 6/23/14 | R+R CMECF Mot. Ext. Time; print/file | .2 |

| | | |
|---|---|---|
| 6/24/14 | R+R CMECF Ord on Bond; notate file/sched | .2 |
| 6/24/14 | Correspondence w/ KED re: bond, update | .4 |
| 6/24/14 | R+R CMECF Ord on Ext.Time; notate file/sched | .2 |
| 6/25/14 | R+R CMECF update deadlines | .1 |
| 7/1/14 | R+R CMECF Initial Discovery Protocols; review; print file/sched | .4 |
| 7/1/14 | Review file and client docs re: IDP; research; begin organize prod. | 1.3 |
| 7/1/14 | P/C to KED re: IDP and responsive material | .8 |
| 7/7/14 | Rec. Bond funds, KED; copy to file | .4 |
| 7/8/14 | Prepare IDP documents | 1.2 |
| 7/8/14 | Draft letter to Clerk re: bond; file | .5 |
| 7/12/14 | Begin outline 26(f) report; review sched/dates | 1.2 |
| 7/14/14 | Correspond w/ KED re: IDP prep; Rule 26 dates/info | .6 |
| 7/15/14 | R+R CMECF Bond filed; notate file | .2 |
| 7/17/14 | Document and file review; IDP preparation | .7 |
| 7/23/14 | EM Auster AG w/ draft Rule 26(f) Report and Mot to Waive IDF | .3 |
| 7/24/14 | Review proposed R26, check dates, sched. | 1.0 |
| 7/25/14 | Review proposed waiver of IDF; documents prepd | .8 |
| 7/29/14 | P/C KED re: proposed R26(f), prop. IDF waiver | .6 |
| 7/30/14 | Draft plaintiff's info for R26(f); confirm sched dates | 1.2 |
| 8/4/14 | EM AG to WSP re R26 | .2 |
| 8/4/14 | EM WSP to AG re R26 | .2 |
| 8/5/14 | R+R CMECF Rule 26(f); review; print file/sched | .4 |
| 8/5/14 | R+R CMECF Mot Waive IDP; review; print/file | .2 |

| | | |
|---|---|---|
| 8/6/14 | R+R CMECF Sched Ord; notate file/sched | .3 |
| 8/6/14 | R+R CMECF Ord on IDP; notate file | .2 |
| 8/25/14 | R+R CMECF Mot. To Dismiss; print/file/sched | .3 |
| 8/25/14 | R+R CMECF Mot. More Def. Statement; print/file/sched | .3 |
| 8/26/14 | Review Mot. Dis | 1.3 |
| 8/26/14 | Research Mot Dis | 3.5 |
| 8/27/14 | R+R EM AG to WSP re: Mot to Stay Discovery | .2 |
| 8/28/14 | Review Mot. More Def. Statement | 1.1 |
| 8/30/14 | Research Mot More Def. Stat.; file review | 2.7 |
| 9/2/14 | R+R EM AG to WSP re: Mot to Stay Discovery | .2 |
| 9/2/14 | D+S EM LO WSP to AG | .2 |
| 9/3/14 | R+R EM KED to WSP w/ forwarded Ems (2x); print/file | .4 |
| 9/3/14 | D+S EM WSP to KED re forwarded Ems (2x) | .2 |
| 9/3/14 | D+S EM WSP to AG re: object to Mot to Stay Discovery | .2 |
| 9/4/14 | R+R CMECF Mot. Stay Discovery; print/file/sched | .3 |
| 9/5/14 | Review and research Mot. Stay | 1.1 |
| 9/6/14 | Review file; research issues Mot Dis; More Def. Stat. | 1.6 |
| 9/15/14 | D+S EM WSP to AG re: Mot Ex.Time | .2 |
| 9/15/14 | Draft and file Mot. Ext. Time | .5 |
| 9/16/14 | R+R EM AG to WSP re no obj mot ex time | .2 |
| 9/18/14 | R+R CMECF Ord Mot. Ex Time/Set Deadlines ; print/file/sched | .2 |
| 11/18/14 | R+R CMECF Ord Mot. Dis/ More Def.; print/file | .7 |
| 11/18/14 | R+R CMECF Judgment.; print/file/schedule | .2 |

| | | |
|---|---|---|
| 11/18/14 | R+R CMECF Judicial Survey; file | .2 |
| 11/21/14 | D+S EM WSP to K. Ferguson DOJ | .2 |
| 11/21/14 | R+R EM K. Ferguson DOJ to WSP w/ attachment | .2 |
| 11/21/14 | D+S EM WSP to K. Ferguson DOJ | .2 |
| 11/21/14 | R+R EM K. Ferguson DOJ to WSP | .2 |
| 11/22/14 | Corr. w/ KED re: ruling; Amended Comp | .5 |
| 12/10/14 | Draft Amended Comp | 1.3 |
| 12/15/14 | Comp. Draft Amended Comp and attachment; file/copy to cl/file | 1.1 |
| 12/17/14 | R+R CMECF Ord Vacate and Reopen/Set Dlines ; print/file/sched | .3 |
| 12/22/14 | R+R CMECF Def Mot Ex. Time Resp. Am. Comp.; print/to file | .4 |
| 12/23/14 | R+R CMECF Ord. MET Resp. Am. Comp.; print/to file/sched | .3 |
| 12/29/14 | R+R CMECF Deadline update Resp. Am. Comp. | .1 |
| 1/15/15 | R+R EM AG to WSP re: Status Report | .2 |
| 1/17/15 | Review proposed Report | .4 |
| 1/20/15 | R+R EM AG to WSP re: Status Report | .2 |
| 1/20/15 | P/C from AG re: Status Report | .2 |
| 1/21/15 | R+R CMECF Def Status Rpt.; print/to file | .2 |
| 1/21/15 | Review; Draft and file Adopt Status Rpt | .3 |
| 1/23/15 | R+R CMECF Ord re: Tel Conf.; print/to file/sched | .2 |
| 1/29/15 | R+R CMECF Mot Dis Am Comp.; print/to file/sched | .3 |
| 1/30/15 | Review Mot Dis Am Comp | 2.3 |
| 2/2/15 | Outline issues; begin research | 1.2 |
| 2/4/15 | Research issues Mot Dis | 1.4 |

| Date | Description | Time |
|---|---|---|
| 2/19/15 | D+S EM WSP to AG re: Mot Ex.Time | .2 |
| 2/19/15 | R+R EM AG to WSP re no obj mot ex time | .2 |
| 2/19/15 | Draft and file Mot Ext Time to object Mot Dis | .3 |
| 2/20/15 | R+R CMECF Ord re: MET; print/to file/sched | .2 |
| 2/23/15 | R+R CMECF Deadlines | .1 |
| 3/12/15 | Research mot dis; begin drafting response | 1.6 |
| 4/6/15 | D+S EM WSP to AG re: Mot Ex.Time | .2 |
| 4/6/15 | Draft and file Mot Ext Time to object Mot Dis | .3 |
| 4/7/15 | R+R CMECF Ord re: MET2/ deadlines; print/to file/sched | .2 |
| 4/8/15 | Research Ti VII race, direct discrim issues | 1.7 |
| 4/9/15 | Research hostile wk. environment issues | 2.6 |
| 4/9/15 | Research adverse action; discipline issues | 2.5 |
| 4/11/15 | Research Ti VII supervisor/liab issues | 1.8 |
| 4/12/15 | Draft response, Mot Dis Am Comp; standard, facts, org. | 2.1 |
| 4/14/15 | Review; Draft response " " Inference of Discrim; Spanish speaking | 2.6 |
| 4/15/15 | Review; Draft response " " adverse action; retal | 1.7 |
| 4/18/15 | Review; Draft response " " hostile work environment; finalize | 3.2 |
| 4/22/15 | Confer w/ client re: response " " | .4 |
| 4/27/15 | Review and file Obj to Mot Dis Amended Comp | .75 |
| 4/27/15 | R+R EM AG to WSP re MET to reply to Obj to Mot Dis Am Comp | . 2 |
| 4/30/15 | R+R EM AG to WSP re MET to reply to Obj to Mot Dis Am Comp | .2 |
| 5/6/15 | R+R CMECF Reply to Obj to Mot Dis; print/to file/sched | .2 |
| 5/7/15 | Review Reply " " | 1.1 |

| Date | Description | Hours |
|------|-------------|-------|
| 5/8/15 | Research cases/ issues in Reply "" | 2.3 |
| 5/10/15 | Research issues " " ; notes to file | 2.2 |
| 5/29/15 | R+R EM AG to WSP re Amend Sched ord | .2 |
| 5/29/15 | Review sched; D+S EM WSP to AG re Amend Sched ord | .3 |
| 5/29/15 | R+R EM AG to WSP re Amend Sched ord w/ attach | .5 |
| 5/29/15 | D+S EM WSP to AG re Amend Sched ord ok | .3 |
| 5/29/15 | R+R CMECF Mot Amed Sched Ord; print/to file/sched | .2 |
| 6/25/15 | R+R CMECF Ord Mots Dismiss and Amend; print/to file/sched | .3 |
| 6/25/15 | Review Ruling; research caselaw; print/schedule | 2.25 |
| 6/26/15 | Correspondence with client re Ruling Mot Dis | 1.1 |
| 6/30/15 | D+S EM WSP to KED re: Ruling; attached | .4 |
| 6/30/15 | R+R EM KED to WSP re: Ruling | .3 |
| 7/8/15 | R+R CMECF Answer to Am Comp; print/to file | 1.1 |
| 7/9/15 | Corr to KED re: Answer/ Aff. Defs. | .75 |
| 7/9/15 | R+R CMECF Ord re Status Conf; print/to file/sched | .2 |
| 7/10/15 | R+R CMECF deadlines; rev. Status Conf. Ord | .3 |
| 7/10/15 | Rec. Ints and Reqs for Prod from Defendants; begin review | 1.3 |
| 7/12/15 | Rec. Reqs to Admit; begin review; file review | 1.0 |
| 7/15/15 | Corr to KED; copies of Req to Admit and Disc sent | .4 |
| 7/16/15 | P/C w/ KED re: Req to Admit and Disc | .8 |
| 7/17/15 | File review, discovery | 2.2 |
| 7/18/15 | File review; discovery | 1.75 |
| 7/19/15 | File review; req. to Admit | 2.1 |

| | | |
|---|---|---|
| 8/11/15 | R+R EM AG to WSP re discovery | .2 |
| 8/11/15 | Review sched; D+S EM WSP to AG re discovery | .4 |
| 8/11/15 | R+R EM AG to WSP re discovery ext | .2 |
| 9/14/15 | R+R EM AG to WSP re discovery | .2 |
| 9/16/15 | R+R EM AG to WSP re discovery | .2 |
| 9/16/15 | P/C KED re: discovery and depo sched | .85 |
| 9/16/15 | Rev. Schedule; D+S EM WSP to AG re Discovery | .3 |
| 9/18/15 | R+R EM AG to WSP re Status Rpt; attachment | .5 |
| 9/21/15 | R+R CMECF Mot. To Compel; review; print/to file/sched | 1.3 |
| 9/22/15 | R+R CMECF Ord. To Show Cause; review; print/to file/sched | .3 |
| 9/22/15 | Corr to KED re: Req. To Admit | 1.1 |
| 9/23/15 | Review Client docs re: Req. To Admit; draft | 2.1 |
| 9/23/15 | Review file, CHRO material re: I+Ps | 3.7 |
| 9/23/15 | P/C to KED re: discovery | .85 |
| 9/23/15 | R+R CMECF Status Rpt; review; print/to file/sched | .4 |
| 9/24/15 | Cont. Document review re: ints and production | 4.2 |
| 9/24/15 | Rev. Draft Req to Admit responses | 1.1 |
| 9/24/15 | Outline Int responses | 1.2 |
| 9/25/15 | Draft Int. Responses; review client docs | 6.2 |
| 9/27/15 | Draft responses, ints. | 3.25 |
| 9/27/15 | Outline production responses; review/organize material | 4.2 |
| 9/28/15 | D+S EM WSP to AG re: discovery, depo | .3 |
| 9/28/15 | R+R EM AG to WSP re: depo date; sched | .2 |

| Date | Description | Hours |
|---|---|---|
| 9/28/15 | D+S EM WSP to AG re: discovery, depo; dispo motion dates | .3 |
| 9/28/15 | R+R EM AG to WSP re: depo date; sched; dispo motion dates | .2 |
| 9/28/15 | D+S EM WSP to AG re: discovery, depo; dispo motion dates | .2 |
| 9/29/15 | R+R CMECF Tel. Stat. Conf cancelled; print/to file/sched | .2 |
| 9/29/15 | Revise int. responses w/ client info | 3.3 |
| 9/30/15 | R+R CMECF Ord. To Show Cause; review; print/to file/sched | .4 |
| 9/30/15 | File review; Draft and file Motion for Reconsideration | 2.1 |
| 9/30/15 | File review; Draft and file Motion to Adopt Status Rpt | .4 |
| 10/1/15 | R+R CMECF Ord. For Recon/To Adopt; print/to file/sched | .4 |
| 10/2/15 | D+S EM WSP to AG re: discovery, Req. to Admit | .2 |
| 10/2/15 | R+R EM AG to WSP re: discovery | .2 |
| 10/2/15 | R+R CMECF deadline disc; print/to file/sched | .4 |
| 10/2/15 | Finalize Reqs to Admit; send to KED for review | 1.2 |
| 10/2/15 | Draft Int responses | 3.7 |
| 10/3/15 | Draft Int responses | 5.2 |
| 10/4/15 | Prepare production | 6.4 |
| 10/4/15 | Forward draft disc. responses to KED for review | .5 |
| 10/5/15 | D+S EM WSP to KED re:discovery | .3 |
| 10/5/15 | R+R EM KED to WSP re:discovery | .3 |
| 10/5/15 | Revise responses w/ client adds and changes | 2.9 |
| 10/5/15 | P/C to KED re:discovery, Req. To Admit | .9 |
| 10/6/15 | KED meeting; review I+Ps, Reqs to Admit; sign oath R/A | 2.4 |
| 10/6/15 | D+S EM WSP to AG, Request to Admit Responses | .4 |

| | | |
|---|---|---|
| 10/6/15 | R+R KED to WSP further docs and info, I+Ps | 1.3 |
| 10/7/15 | Review; D+S EM WSP to KED pre-sign I+P questions | .4 |
| 10/7/15 | R+R EM KED to WSP re: Ints q's (workplace; treatment) | .3 |
| 10/7/15 | D+S EM WSP to KED pre-sign I+P questions; response | .4 |
| 10/7/15 | R+R EM KED to WSP re: Ints q's (income; ED) | .3 |
| 10/7/15 | D+S EM WSP to KED pre-sign I+P questions; response | .3 |
| 10/7/15 | R+R EM KED to WSP re: Ints q's (photos; tax; production) | .2 |
| 10/7/15 | R+R EM KED to WSP (3x) re: responses to Ints/prod questions | .5 |
| 10/7/15 | Prep final drafts for KED review and sign | 2.0 |
| 10/7/15 | KED meeting; review I+Ps; sign oath | 1.2 |
| 10/7/15 | D+S EM to AG (Ennis) w/ discovery compliance | .5 |
| 10/7/15 | D+F Notice to Court re: Compliance discovery/Reqs to Adm | .3 |
| 10/8/15 | R+R EM AG to WSP re:med auth | .2 |
| 10/8/15 | D+S EM to AG (Ennis) re: med auth | .2 |
| 10/8/15 | R+R EM AG to WSP re:med auth/FB/tax rets | .2 |
| 10/9/15 | Attempts to save FB pics for production | .5 |
| 10/11/15 | F/U contact KED re: returns/med auths | .3 |
| 10/13/15 | D+S EM to AG (Ennis) re: med auth/fb/tax rets | .2 |
| 10/13/15 | R+R CMECF Ord. Mot Compel/ rev. Discovery Dispute ord | .4 |
| 10/13/15 | R+R EM KED to WSP re: Tax rets and med releases | .2 |
| 10/13/15 | D+S EM WSP to KED  "      " | .2 |
| 10/14/15 | R+R EM from KED Tax rets/med auth; review | .5 |
| 10/14/15 | R+R EM AG to WSP re: discovery MET and issues | .2 |

| | | |
|---|---|---|
| 10/14/15 | Prep attach, D+S EM WSP to AG w/ supplemental production | .5 |
| 10/15/15 | R+R CMECF Discovery MET; print/to file | .3 |
| 10/16/15 | R+R CMECF Ord on Def Discovery MET/to file/sched | .2 |
| 10/16/15 | R+R EM AG to WSP re: depo dates | .2 |
| 10/19/15 | R+R CMECF Set deadlines Ord on Def Discovery MET | .1 |
| 10/23/15 | R+R EM AG to WSP re: depo dates | .2 |
| 10/28/15 | R+R EM AG to WSP re: depo dates | .2 |
| 10/28/15 | D+S EM to AG (Ennis) re: depo; other disc/prod | .2 |
| 10/28/15 | D+S EM to KED re: depo dates; other disc/prod | .2 |
| 10/28/15 | D+S EM to KED re: FB files; msg Tax ret; prod odds/ends | .3 |
| 10/28/15 | R+R EM fr KED re: depo dates; sched; returns | .2 |
| 10/28/15 | D+S EM to KED re: depo dates, sched | .2 |
| 10/28/15 | R+R EM fr AG depo sched/production | .2 |
| 10/28/15 | D+S EM to AG            " " | .2 |
| 10/28/15 | R+R EM fr AG | .1 |
| 10/28/15 | R+R EM fr KED re: depo dates; therapist | .2 |
| 10/28/15 | D+S EM to KED re: depo dates, therapist; prep | .2 |
| 10/28/15 | R+R EM fr KED re: depo dates; schedule | .1 |
| 10/30/15 | R+R EM AG to WSP re depo | .1 |
| 10/30/15 | D+S EM WSP to AG re depo | .1 |
| 11/5/15 | R+R EM fr KED re: new Lincoln incident; report | .2 |
| 11/5/15 | D+S EM to KED re:           "    " | .2 |
| 11/5/15 | R+R EM fr KED re: new Lincoln incident lengthy narrative/to file | .4 |

| | | |
|---|---|---|
| 11/6/15 | R+R EM fr KED re: new Lincoln incident/read forwarded EM | .2 |
| 11/6/15 | R+R EM fr KED re: forwarded EM/ invest. Lincoln incident | .2 |
| 11/6/15 | D+S EM to KED re:          "      " | .1 |
| 11/6/15 | R+R EM fr KED re: contact# | .1 |
| 11/9/15 | R+R EM fr KED re: interview today re: invest. Lincoln | .1 |
| 11/30/15 | R+R EM fr KED re: depo scehd. | .1 |
| 12/1/15 | D+S EM WSP to AG re confirm depo | .1 |
| 12/1/15 | R+R EM fr AG re: confirm depo scehd. | .1 |
| 12/1/15 | D+S EM to KED re: depo prep; attach docs | .2 |
| 12/1/15 | R+R EM fr KED re: depo prep | .1 |
| 12/1/15 | D+S EM to KED re: depo prep; docs | .2 |
| 12/1/15 | D+S EM to KED re: depo prep; docs | .3 |
| 12/1/15 | D+S EM to KED re: depo prep; rev and attach add'l docs | .3 |
| 12/1/15 | R+R EM fr KED re: depo prep | .1 |
| 12/1/15 | R+R EM fr KED re: depo prep/open docs | .1 |
| 12/1/15 | R+R EM fr KED re: depo prep; add'l docs rec'd | .1 |
| 12/1/15 | D+S EM to KED re: depo prep; add'l docs rec'd | .1 |
| 12/2/15 | WSP document/file review depo prep | 2.0 |
| 12/4/15 | Travel to/from depo | 2.0 |
| 12/4/15 | Depo prep, KED | .5 |
| 12/4/15 | KED deposition | 3.0 |
| 12/4/15 | Client meeting/confer | 1.0 |
| 12/4/15 | R+R EM fr AG re: depo production/attachments | .3 |

| | | |
|---|---|---|
| 12/4/15 | D+S EM to AG re: depo production | .1 |
| 12/4/15 | File search; D+S EM to KED re: depo production | .2 |
| 12/9/15 | R+R EM fr AG re: depo production | .1 |
| 12/9/15 | D+S EM to AG re: depo production/MET inquiry | .1 |
| 12/9/15 | R+R EM fr AG re: depo production/MET response | .1 |
| 12/16/15 | R+R EM fr KED re: returns sent; case questions | .2 |
| 12/16/15 | D+S EM to KED re: ack recpt; answer qs | .3 |
| 12/17/15 | Rec. Read+Sign depo copy; review; rec. invoice | .5 |
| 1/20/16 | R+R EM fr AG re: MET SJ req | .1 |
| 1/21/16 | R+R CMECF SJ MET; print/to file | .3 |
| 1/25/16 | R+R CMECF SJ motion/memo/R56.exhibs; print/to file/sched | 1.0 |
| 1/26/16 | R+R CMECF ord MET SJ; print/to file | .2 |
| 1/27/16 | Initial review, Def SJ Docs | 2.3 |
| 1/28/16 | Initial review, def sj docs | 3.0 |
| 2/10/16 | File review, SJ | 2.2 |
| 2/11/16 | Discovery responses review, SJ | 1.6 |
| 2/13/16 | Discovery responses review, SJ | 1.1 |
| 2/22/16 | Review plaintiff's deposition, sj | 2.4 |
| 2/23/16 | Review plaintiff's deposition, sj | 2.7 |
| 3/1/16 | Research, hostile work environment, sj | 2.25 |
| 3/6/16 | Research, h/w/e race issues; gender | 3.1 |
| 3/8/16 | R+R EM fr KED re: case questions | .2 |
| 3/9/16 | D+S EM to AG re: SJ MET inquiry | .1 |

| | | |
|---|---|---|
| 3/9/16 | R+R EM fr AG re: MET SJ req | .1 |
| 3/9/16 | D+F MET SJ nunc pro tunc | .3 |
| 3/10/16 | R+R CMECF ord MET SJ/deadlines(3/11); print/to file/schedule | .3 |
| 3/14/16 | R+R EM fr KED re: sj | .2 |
| 3/14/16 | D+S EM to KED re: sj | .2 |
| 3/14/16 | R+R EM fr KED re: sj | .1 |
| 3/15/16 | Research sj, promotion; denial training; motivating factor issues | 2.7 |
| 3/19/16 | Review Def SJ Exhibits; CBE; file review | 3.0 |
| 3/23/16 | Research, sj, Branch liability | 1.8 |
| 3/24/16 | Research, sj, severe/pervasive; time limit issues/damages | 2.9 |
| 3/30/16 | Research, sj, epithet; language issues | 1.6 |
| 4/4/16 | Research sj: sexual harassment issues; re:KED/at KED | 2.4 |
| 4/9/16 | Research sj: investigation/adequacy | 1.7 |
| 4/10/16 | Begin draft outline Memo Opp SJ | 4.2 |
| 4/11/16 | D+S EM to AG re: SJ MET inquiry | .1 |
| 4/11/16 | R+R EM fr EG re: sj MET | .1 |
| 4/11/16 | D+S EM to EG re: sj MET | .1 |
| 4/11/16 | D+F MET SJ | .2 |
| 4/11/16 | Outline R. 56 responses; begin draft Facts | 1.9 |
| 4/12/16 | R. 56 responses; draft SOF | 3.5 |
| 4/14/16 | Con't draft outline Memo Opp SJ | 2.4 |
| 4/16/16 | R. 56 responses; draft SOF | 2.8 |
| 4/18/16 | R+R EM fr KED re: witnesses | .2 |

| Date | Description | Hours |
|---|---|---|
| 4/18/16 | R+R CMECF ord MET SJ/deadlines(4/19); print/to file/schedule | .3 |
| 4/20/16 | R. 56 responses; draft SOF | 2.9 |
| 4/21/16 | R. 56 responses; draft SOF | 3.2 |
| 4/24/16 | Draft SJ Memo | 5.5 |
| 4/25/16 | R+R EM fr KED re: case update | .2 |
| 4/25/16 | D+S EM to KED re: case update | .2 |
| 4/29/16 | Draft SJ Memo | 4.0 |
| 5/2/16 | Draft SJ Memo | 3.2 |
| 5/5/16 | Draft SJ Memo | 2.5 |
| 5/6/16 | R+R EM fr KED re: case update/sj | .2 |
| 5/6/16 | D+S EM to KED re: case update/sj | .2 |
| 5/8/16 | Draft SJ Memo; revise R56 | 4.7 |
| 5/10/16 | Prep SJ exhibits; draft Objection | 3.6 |
| 5/11/16 | Finalize/proof SJ docs; File Opp SJ/memo/obj/r56/exhibits | 9.2 |
| 5/11/16 | D+S EM to KED re: SJ filing w/ attachments | .4 |
| 5/13/16 | R+R EM fr AG re: MET reply SJ obj | .1 |
| 5/13/16 | D+S EM to AG re: MET reply SJ obj | .1 |
| 5/13/16 | R+R CMECF MET SJ obj reply | .2 |
| 5/16/16 | R+R CMECF ord MET SJ obj reply/deadlines; print/to file/schedule | .2 |
| 5/16/16 | D+S EM to KED re: update | .4 |
| 5/16/16 | R+R EM fr KED re: update | .2 |
| 5/16/16 | R+R CMECF ord MET SJ obj reply/note file; schedule | .2 |
| 6/6/16 | R+R CMECF SJ obj reply/print/file/sched | .4 |

| | | |
|---|---|---|
| 6/7/16 | Read SJ obj reply; rev. add'l exhibits | 2.5 |
| 6/9/16 | Research issues/ cases; new exhibs Sj opp reply/rev. Obj | 3.2 |
| 6/10/16 | Correspond client re: SJ obj reply | .45 |
| 6/20/16 | Correspond client re: case update | .3 |
| 7/11/16 | Correspond client re: case update | .4 |
| 8/14/16 | Correspond client re: case update | .4 |
| 8/18/16 | Correspond client re: case update | .3 |
| 8/19/16 | EM fr KED to WSP re: case update | .2 |
| 9/29/16 | Read/review CMECF SJ obj reply/print/file/sched | 2.0 |
| 9/29/16 | R+R CMECF deadlines; rev. re mag. referral/file/schedule | 1.0 |
| 9/30/16 | D+S EM to KED re: SJ Ruling; Sett. poss./attachments | .6 |
| 9/30/16 | R+R EM fr AG re: SJ settlement inquiry | .2 |
| 9/30/16 | D+S EM to AG re: SJ settlement inquiry | .2 |
| 9/30/16 | R+R EM fr AG re: SJ settlement inquiry/demand | .2 |
| 9/30/16 | D+S EM to KED re: Sett. poss. discussion/forward EM | .4 |
| 9/30/16 | D+S EM to KED re: Sett. poss. discussions | .4 |
| 10/3/16 | Client correspondence re: settlement, case | .4 |
| 10/10/16 | D+S EM to KED re: Sett. Discussion updates | .4 |
| 10/10/16 | R+R EM fr KED re: Sett. Discussion updates | .3 |
| 10/10/16 | D+S EM to KED re: Sett. Discussion updates | .5 |
| 10/10/16 | R+R EM fr KED re: Sett. Discussion updates | .2 |
| 10/10/16 | R+R EM fr KED re: Sett. Discussion questions | .2 |
| 10/10/16 | Client correspondence | .6 |

| | | |
|---|---|---|
| 10/10/16 | D+S EM to AG re: SJ settlement inquiry | .2 |
| 10/11/16 | R+R EM fr AG re: SJ settlement inquiry | .2 |
| 10/1216 | D+S EM to AG re: SJ settlement inquiry | .3 |
| 10/12/16 | R+R EM fr AG re: SJ settlement inquiry/demand | .2 |
| 10/13/16 | D+S EM to AG re: SJ settlement inquiry | .2 |
| 10/13/16 | R+R EM fr AG re: SJ settlement conf request/MET | .3 |
| 10/13/16 | Read/review CMECF Mot Reconsider SJ ruling print/file/sched | 2.6 |
| 10/13/16 | D+F Response to Order re Sett Referral | 1.75 |
| 10/13/16 | Research reconsider; research issues | 3.25 |
| 10/14/16 | R+R CMECF Ord re Mot Recon/ Sett Conf/ JTM/print/file/sched | .5 |
| 10/14/16 | R+R CMECF Def Response to Resp. To Ord /file/sched | .75 |
| 10/17/16 | R+R CMECF Def appearance Brouillet /print/to file | .4 |
| 10/19/16 | R+R CMECF Ruling Mot Recon/review file/caselaw/print/to file | 1.4 |
| 10/21/16 | R+R EM fr AG re: SJ settlement conf referral/draft attached | .4 |
| 10/21/16 | D+S EM to AG re: SJ settlement  conf referral/draft attached | .2 |
| 10/21/16 | R+R EM fr AG re: MET JTM | .1 |
| 10/21/16 | R+R EM fr AG re: MET JTM | .2 |
| 10/21/16 | D+S EM to AG re: MET JTM | .1 |
| 10/21/16 | R+R CMECF Joint Motion sett referral file/schedule | .3 |
| 10/21/16 | R+R CMECF Joint Motion MET JTM file/schedule | .2 |
| 10/24/16 | R+R CMECF Ord SJ settlement conference referral/Referral | .2 |
| 10/24/16 | R+R EM fr DFM clerk re: sched | .2 |
| 10/24/16 | R+R EM fr AG Ennis re: sched; review dates | .5 |

| | | |
|---|---|---|
| 10/24/16 | R+R EM fr AG Ennis to DFM re: dates | .2 |
| 10/24/16 | R+R EM fr AG Ennis re: dates | .2 |
| 10/2416 | Client correspondence re: Sett conf | .7 |
| 10/26/16 | D+S EM to AG re: Sett. Conf date | .2 |
| 10/26/16 | R+R EM fr AG Ennis re: sched; review add'l prop dates | .3 |
| 10/26/16 | R+R EM to AG Ennis re: dates | .2 |
| 10/26/16 | D+S EM to KED re: Sett. Conf date | .2 |
| 10/26/16 | R+R EM fr KED re: sett conf | .2 |
| 10/26/16 | D+S EM to KED re: sett conf | .2 |
| 10/26/16 | R+R EM fr KED re: sett conf/to file/sched | .2 |
| 10/27/16 | R+R EM fr DFM clerk re: sched new dates | .2 |
| 10/27/16 | R+R EM fr AG to DFM clerk re: WSP sched dates | .2 |
| 10/27/16 | R+R EM fr AG Ennis re: sched; review new prop dates | .3 |
| 10/28/16 | R+R EM fr DFM clerk re: time sched | .2 |
| 10/28/16 | D+S EM to AG, DFM re: resched Sett. Conf date | .2 |
| 10/28/16 | R+R EM fr AG Ennis re: sched; | .2 |
| 10/28/16 | R+R EM fr AG Ennis to DFM clerk re: sched; | .2 |
| 10/28/16 | R+R EM fr DFM clerk re: time sched | .2 |
| 10/28/16 | D+S EM to DFM clerk re: time sched | .2 |
| 10/28/16 | D+S EM to KED re: resched Sett. Conf date | .2 |
| 10/28/16 | R+R EM fr KED re: resched sett conf | .2 |
| 10/28/16 | D+S EM to KED re: resched sett conf | .2 |
| 10/28/16 | R+R EM fr KED re: resched sett conf | .2 |

| | | |
|---|---|---|
| 10/28/16 | D+S EM to KED re: resched sett conf | .2 |
| 10/28/16 | R+R CMECF Deadlines set DFM Sett conf/ to file; schedules | .3 |
| 10/28/16 | R+R CMECF DFM Sett conf Order/ to file; schedules | 1.0 |
| 11/1/16 | D+S EM to KED re: Sett Conf order/ demand | .3 |
| 11/1/16 | R+R EM from KED re: Sett Conf order/ demand | .2 |
| 11/3/16 | File review, settlement conf prep | 2.1 |
| 11/5/16 | Settlement conf prep, client docs | .45 |
| 11/14/16 | Research review; damages; emot. distress | 2.2 |
| 11/27/16 | Damages review/lost increases/wages/rev. Tax docs | 3.1 |
| 11/28/16 | R+R EM from AG re Set conf attendees; other prep | .3 |
| 11/28/16 | D+S EM to AG re: attendees at Sett Conf | .2 |
| 11/28/16 | Client correspondence re: settlement | 1.3 |
| 11/28/16 | EM to/fr/to KED re: damages | 1.0 |
| 11/29/16 | D+S Damages analysis to AG | 2.0 |
| 11/29/16 | R+R EM from AG Brouillet | .2 |
| 11/30/16 | R+R EM from AG Brouillet | .2 |
| 11/30/16 | R+R EM from AG Brouillet and Ennis re: demand | 1.0 |
| 11/30/16 | D+S EM to AG Brouillet and Ennis re: demand | .4 |
| 11/30/16 | D+S EM to KED re: Sett demand response | .3 |
| 11/30/16 | R+R EM from KED re: Sett demand response | .2 |
| 11/30/16 | R+R EM from KED re: case issues | .2 |
| 11/30/16 | D+S EM to KED re: Case issues; Reply to Sett dmd response | .3 |
| 11/30/16 | R+R EM from KED re: Case issues; Reply to Sett dmd response | .2 |

| | | |
|---|---|---|
| 12/2/16 | Issue review/research | 1.1 |
| 12/7/16 | R+R EM from DFM clerk | .1 |
| 12/9/16 | R+R EM from DFM clerk | .1 |
| 12/9/16 | D+S Ex Parte Settlement Rpt | 2.5 |
| 12/12/16 | D+S EM to KED re: Sett Conf | .2 |
| 12/12/16 | R+R EM fr KED re: Sett Conf | .2 |
| 12/12/16 | D+S EM to KED re: Sett Conf | .2 |
| 12/13/16 | Travel to/from USDC Hfd Sett Conf | 2.0 |
| 12/13/16 | Sett. Conf. | 4.0 |
| 12/13/16 | Client Conference | 1.0 |
| 12/13/16 | R+R CMECF Min. Entry/Order re Sett Conf/print/sched | .5 |
| 12/14/16 | R+R CMECF Deadlines re: Status Rpt to DFM print/sched | .2 |
| 12/14/16 | R+R EM fr KED w/ Lincoln invest. Info attached/print/file | .4 |
| 12/14/16 | R+R EM fr KED re: Lincoln invest. | .3 |
| 12/15/16 | R+R EM fr KED re: Lincoln invest. | .3 |
| 12/15/16 | D+S  EM to KED re: Lincoln invest./review | .4 |
| 12/15/16 | R+R EM fr KED re: Lincoln invest. w/ forwarded EMs | .4 |
| 12/16/16 | D+S  EM to KED re: Lincoln invest./forwarded EMs | .3 |
| 12/16/16 | R+R EM fr KED re: Lincoln invest. Q's | .4 |
| 12/16/16 | D+S  EM to KED re: Lincoln invest./review/answers to qs | .3 |
| 12/16/16 | R+R EM fr KED re: Lincoln invest. q's | .2 |
| 12/17/16 | R+R EM fr KED re: h/w/e | .4 |
| 12/17/16 | D+S  EM to KED re: h/w/e | .3 |

| | | |
|---|---|---|
| 12/20/16 | R+R EM fr KED re: witness qs | .4 |
| 12/20/16 | D+S EM to KED re: witness qs | .4 |
| 1/06/17 | EMs to/from Ennis, Brouillet re sched Sett Conf II, move matters | .5 |
| 1/06/17 | Ems to/from KED | .3 |
| 1/06/17 | P/C to KED | .5 |
| 1/06/17 | R+R EM from AG Ennis re: sett conf II | .2 |
| 1/06/17 | D+S EM to AG Ennis re: sett conf II | .2 |
| 1/06/17 | R+R EM from AG Ennis re: sett conf II w/ Status Rpt/print/file | .4 |
| 1/06/17 | R+R CMECF Order re Sett Conf II/print/sched | .3 |
| 1/06/17 | R+R CMECF Deadlines re: Sett conf II | .1 |
| 1/25/17 | R=R EM from Clerk for DFM | .1 |
| 1/26/17 | Client communication re Sett Conf. II | .4 |
| 1/27/17 | Sett. Conf. II prep | 1.0 |
| 2/01/17 | Travel to/from Sett Conf USDC HFD | 2.0 |
| 2/01/17 | Sett. Conf. II | 2.5 |
| 2/01/17 | Client meeting | .75 |
| 2/01/17 | R+R CMECF Notice/ schedule; file | .2 |
| 2/02/17 | EM to/from KED w/ info to review | .6 |
| 2/15/17 | R+R EM fr AG. Offer of Judgment Attached. | .5 |
| 2/15/17 | Research Offer of Judgment | 2.2 |
| 2/16/17 | Client communication re OJ phone/em | .8 |
| 2/16/17 | P/C Ennis re OJ/ settlement | 1.0 |
| 2/16/17 | D+S EM to KED follow up | .3 |

| | | |
|---|---|---|
| 2/16/17 | R+R EM KED | .1 |
| 2/21/17 | R+R EM AG re: telephone call | .2 |
| 2/22/17 | D+S EM to AG s re: avail to speak | .2 |
| 2/22/17 | P/C AG | .6 |
| 2/22/17 | Communication w client | .5 |
| 2/22/17 | R+R EM KED to WSP w/ attach. /print, file | .4 |
| 2/23/17 | R+R CMECF Ord/Notice Status Conf; add sched; file | .3 |
| 2/24/17 | D+S EM to KED re: Status conf; sett | .3 |
| 2/26/17 | Prep status conf. | .5 |
| 2/27/17 | Rec. dial in info/Status conf | .3 |
| 2/28/17 | R+R EM AG re: JTM; claims in case | .2 |
| 3/7/17 | R+R EM AG re: JTM; check schedule | .2 |
| 3/8/17 | File review, JTM | 3.2 |
| 3/9/17 | File review, begin prep exhibits | 4.7 |
| 3/11/17 | Begin, Draft JTM | 3.7 |
| 3/11/17 | Client conference | 1.3 |
| 3/12/17 | Draft JTM, wits; research | 2.2 |
| 3/13/17 | R+R EM AG re: JTM; check schedule | .2 |
| 3/13/17 | R+R EM AG re: JTM; attachments (def draft JTM) | .4 |
| 3/13/17 | Begin rev. Def. proposed JTM | 1.3 |
| 3/14/17 | Rev. Def proposed JTM; research | 7.9 |
| 3/15/17 | R+R CMECF Dow Affidavit/ print/review/file | 1.1 |
| 3/15/17 | Draft JTM; research re: charge | 4.7 |

| 3/16/17 | R+R CMECF Mot Emer. Status Conf/ print/review/file | .9 |
|---------|-----------------------------------------------------|-----|
| 3/16/17 | R+R CMECF Order Mot Emer. Status Conf/ print/review/file | .3 |
| 3/16/17 | D+S EM to AG re Affidavit; exhibits | .3 |
| 3/16/17 | R+R EM AG re: JTM; Affidavit; exhibits | .3 |
| 3/16/17 | conference client | .5 |
| 3/20/17 | Draft and File Response Show Cause/Emer. Motion | 2.0 |
| 3/21/17 | R+R CMECF Reply to Resp. Show Cause/print/file | .6 |
| 3/22/17 | R+R CMECF Ord re: Teleconference/ sched/file | .3 |
| 3/22/17 | Draft JTM; voir dire; verdict; charge | 4.2 |
| 3/23/17 | Finalize Trial exhibits | 2.25 |
| 3/23/17 | Finalize JTM to Sec. 9 | 3.1 |
| 3/23/17 | D+S EM to KED re: draft JTM; attached | .3 |
| 3/23/17 | D+S EM to AG; Trial exhibits and JTM to Sec. 9 attached | 1.0 |
| 3/24/17 | R+R EM fr AG Brouillet re: JTM | .1 |
| 3/24/17 | D+S EM to AG Brouillet re: JTM | .2 |
| 3/24/17 | R+R EM fr AG Brouillet re: JTM | .1 |
| 3/24/17 | R+R EM fr AG Ennis re: JTM | .1 |
| 3/24/17 | D+S EM to AG Ennis re: JTM | .2 |
| 3/24/17 | R+R EM fr AG Ennis re: JTM | .1 |
| 3/24/17 | D+S EM to AG Ennis re: JTM/resend docs | .3 |
| 3/24/17 | EMs to/from KED | .3 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .4 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .2 |

| | | |
|---|---|---|
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .4 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .5 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .3 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .3 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .2 |
| 3/24/17 | R+R EM fr. KED, review/ print attachments | .5 |
| 3/27/17 | EMs to/fr court re dial in info | .2 |
| 3/27/17 | Teleconference prep/participate | .6 |
| 3/28/17 | R+R EM fr. KED, review/ print attachments | .3 |
| 3/28/17 | R+R EM fr AG Ennis re: revised jury instructions | .5 |
| 3/28/17 | research def. Revised Jury Instructions | .7 |
| 3/28/17 | R+R EM fr AG Ennis re: comments and objections/begin review | 1.5 |
| 3/28/17 | D+S EM to AG re: conference | .2 |
| 3/29/17 | Rev. Comments/objs/prep JTM Conference | 1.6 |
| 3/29/17 | JTM Conference | .4 |
| 3/29/17 | R+R EM CMECF re: status conf | .1 |
| 3/29/17 | R+R EM fr AG Ennis re: JTM conference and filing | .2 |
| 3/30/17 | R+R EM fr AG Ennis re: exhibit change/ print | .2 |
| 3/30/17 | R+R EM fr AG Ennis re: JTM to be filed | .3 |
| 3/30/17 | Review prop. filing; defendant's objections/ research objs | 4.3 |
| 3/31/17 | R+R CMECF JTM/ print/file | .5 |
| 4/19/17 | R+R EM fr. KED, review/ print attachments/research issues | 1.7 |
| 4/19/17 | R+R EM fr. KED, review/ print attachments | .3 |

| | | |
|---|---|---|
| 4/19/17 | pc KED | .5 |
| 4/21/17 | R+R EM fr. KED, review/ print attachments/research | .4 |
| 5/5/17 | R+R Motion in Limine/print begin review/research | 3.2 |
| 5/7/17 | Research Motion in limine issues | 2.8 |
| 5/10/17 | Research motion in limine issue | 4.7 |
| 5/12/17 | R+R VM/EM AG | .3 |
| 5/15/17 | P/C AG | .75 |
| 5/15/17 | Client communication | .6 |
| 5/17/17 | Begin draft response Mot. In Limine | .5 |
| 5/23/17 | Client communication | .5 |
| 5/23/17 | R+R EM fr. KED w/ attach. print/file | .3 |
| 5/24/17 | D+S EM to KED | .4 |
| 5/24/17 | R+R EM fr KED | .2 |
| 5/31/17 | R+R CMECF order | .2 |
| 5/31/17 | R+R CMECF order | .2 |
| 5/31/17 | R+R CMECF order | .2 |
| 5/31/17 | R+R CMECF order | .2 |
| 5/31/17 | R+R CMECF Def. Response to Order/ research/file review | 1.2 |
| 5/31/17 | R+R EM KED w/ attachment; research/print/file update | .75 |
| 6/1/17 | R+R CMECF calendar re P/T /schedule/file update | .2 |
| 6/1/17 | Complete and file Mot Limine | .5 |
| 6/1/17 | D+S EM to KED | .5 |
| 6/1/17 | R+R EM fr KED | .1 |

| Date | Description | Hours |
|---|---|---|
| 6/4/17 | R+R EM fr KED w/ attachment; research issues | .5 |
| 6/4/17 | Preparation for pretrial | 3.0 |
| 6/5/17 | Travel to/from p/t | 2.0 |
| 6/5/17 | Pretrial | 2.1 |
| 6/5/17 | Confer w/ AG/client mtg | 1.5 |
| 6/5/17 | R+R Notice CMECF/ schedule/update file/client | .6 |
| 6/5/17 | R+R Order CMECF/ schedule/update file/client | .7 |
| 6/5/17 | R+R EM fr KED w/ attachment | .4 |
| 6/5/17 | R+R EM fr KED | .1 |
| 6/6/17 | R+R CMECF def obj to plaintiff's exhibits/ research | 1.0 |
| 6/7/17 | Trial preparation | 7.1 |
| 6/7/17 | F/U EM to KED | .5 |
| 6/7/17 | D+S EM to AG | .1 |
| 6/8/17 | Trial preparation | 6.9 |
| 6/8/17 | P/C to AG | .5 |
| 6/8/17 | EM to KED | .5 |
| 6/9/17 | Trial preparation | 6.6 |
| 6/10/17 | Trial preparation | 8.3 |
| 6/11/17 | Trial Preparation | 8.0 |
| 6/11/17 | Client communication | .6 |
| 6/12/17 | R+R EM fr KED | .1 |
| 6/12/17 | Trial Notebooks prep/trial prep | 9.1 |
| 6/12/17 | EM to AG | .2 |

| Date | Description | Hours |
|------|-------------|-------|
| 6/13/17 | Trial notebooks final/ to courier for delivery | 2.5 |
| 6/13/17 | R+R CMECF Order re: exhibits | .1 |
| 6/13/17 | EM to AG | .2 |
| 6/13/17 | EM to KED | .2 |
| 6/13/17 | Pretrial prep; Teleconference P/T | 3.2 |
| 6/13/17 | R+R CMECF Order Mot Limine/revise prep/exhibits | 1.5 |
| 6/13/17 | Rec./review Juror bios via EM | .5 |
| 6/13/17 | Trial prep/subpoenas | 2.0 |
| 6/13/17 | R+R Emails from KED (7x) | 1.1 |
| 6/14/17 | R+R EM CMECF | .1 |
| 6/14/17 | Travel to/from USDC | 2.0 |
| 6/14/17 | Jury Selection; Trial | 5.4 |
| 6/14/17 | Trial prep | 3.1 |
| 6/15/17 | Trial prep/client communication | 5.5 |
| 6/15/17 | Travel to/from USDC | 2.0 |
| 6/15/17 | Trial | 3.0 |
| 6/16/17 | Travel to/from USDC | 2.0 |
| 6/16/17 | Trial | 5.5 |
| 6/16/17 | Trial prep | 2.1 |
| 6/17/17 | Trial prep | 7.3 |
| 6/18/17 | Trial prep | 6.6 |
| 6/19/17 | Travel to/from USDC | 2.0 |
| 6/19/17 | Trial | 5.2 |

| 6/19/17 | Trial prep/rev. draft charge/ ver. form/charge conf. prep. | 2.2 |
|---------|-----------------------------------------------------------|-----|
| 6/19/17 | EM fr KED | .3 |
| 6/20/17 | Travel to/from USDC | 2.0 |
| 6/20/17 | Trial; charge conference | 3.5 |
| 6/20/17 | Rec/rev final jury charge/ verdict form | .5 |
| 6/20/17 | Close prep | 5.3 |
| 6/21/17 | Travel to/from USDC | 2.0 |
| 6/21/17 | Trial/jury delib | 6.3 |
| 6/21/17 | File org/review | 1.0 |
| 6/22/17 | Travel to/from USDC | 2.0 |
| 6/23/17 | Jury deliberation; verdict | 5.0 |
| 6/23/17 | R+R CMECF Verdict forms | .2 |
| 6/2717 | R+R CMECF Judgment | .1 |
| 6/29/17 | R+R CMECF witness/exhibit lists | .4 |
| 7/8/17 | Fee Affidavit prep | 3.1 |
| 7/11/17 | client communication | .3 |
| 7/14/17 | client communication | .3 |
| 7/20/17 | client communication | .4 |
| 7/21/17 | R+R CMECF Def's post trial motions/ initial review | 2.0 |
| 7/21/17 | D+S EM to KED | .3 |
| 7/24/17 | client communication | .2 |
| 7/25/17 | client communication | .2 |
| 7/26/17 | client communication | .3 |

| 7/28/17 | fee affidavit prep | 1.2 |
| 8/2/17 | client communication | .2 |
| 8/4/17 | client communication | .2 |
| 8/7/17 | client communication | .2 |
| 8/8/17 | review def post trial motions | 1.2 |
| 8/9/17 | R+R CMECF DFM Order | .2 |
| 8/9/17 | D+S EM to KED | .2 |
| 8/10/17 | R+R CMECF def Motion to Continue | .2 |
| 8/10/17 | R+R p/c court; CMECF new date Order | .2 |
| 8/10/17 | D+S EM to AG Ennis re: MET | .2 |
| 8/11/17 | draft and file MET post trial motions | .3 |
| 8/11/17 | fee affidavit prep and file | 2.2 |

**TOTAL HOURS TO DATE:**                                        **717.10**

## COSTS INCURRED

| DATE | NATURE OF COST | AMOUNT |
|------|----------------|--------|
| 1/25/13 | Postage, CHRO | $ 8.20 |
| 2/3/13 | Postage, CHRO | $ 8.20 |
| 2/27/14 | Postage, EEOC | $ 5.90 |
| 4/14/14 | Postage, EEOC | $ 5.90 |
| 5/23/14 | Filing fee, USDC | $400.00 |
| 12/4/15 | Parking, deposition | $ 10.00 |
| 5/10/16 | Deposition Transcript | $433.64 |
| 12/13/16 | Parking, USDC | $ 12.00 |
| 2/1/17 | Parking, USDC | $ 12.00 |
| 6/5/17 | Parking, USDC | $ 12.00 |
| 6/12/17 | Exhibit Copying and Binders | $189.10 |
| 6/13/17 | Exhibit Binder | $ 8.29 |
| 6/13/17 | Gofor Services, Courier | $125.00 |
| 6/13-14/17 | Investigative Services, Subpoena Service | $853.46 |
| 6/14/17 | Parking, USDC | $ 12.00 |
| 6/15/17 | Parking, USDC | $ 12.00 |
| 6/16/17 | Parking, USDC | $ 12.00 |
| 6/19/17 | Parking, USDC | $ 12.00 |
| 6/20/17 | Parking, USDC | $ 12.00 |
| 6/21/17 | Parking, USDC | $ 12.00 |
| 6/22/17 | Parking, USDC | $ 12.00 |

**TOTAL COSTS INCURRED:**                                    **$1267.69**

**TOTAL HOURS TO DATE:**                                         **717.10**

**FEE TOTAL @ $500.00 per hour:**              **$358,550.00**

**COST TOTAL:**                                                **$   1,267.69**


**TOTAL FEES AND COSTS:**                         **$359,817.69**